IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAMANTHA LAPELLA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ATLANTIC CITY, et al.,<br><br>　　　　　Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil No. 10-2454 (JBS/JS)<br><br><br>**ORDER** |

　　　This matter having come before the Court upon motion of Defendants City of Atlantic City, Atlantic City Police Department, John J. Mooney, and Thomas Moynihan for Judgment on the Pleadings [Docket Item 63]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons stated in the Opinion of today's date; and for good cause shown;

　　　IT IS this   **18th**   day of   **July**   , 2012 hereby

　　　ORDERED that Defendants' motion shall be **GRANTED** to the following extent; and it is further

　　　ORDERED that the Atlantic City Police Department is **DISMISSED WITH PREJUDICE**; and it is further

　　　ORDERED that Count VI of Plaintiff's complaint and all claims against Defendant Mooney shall be **DISMISSED WITHOUT PREJUDICE** to Plaintiff moving for leave to amend its Complaint within 14 days of the entry of this Order, consistent with this opinion; and it is

further

ORDERED that if a motion to amend is not timely filed, then the dismissal of Counts VI and Defendant Mooney will be **WITH PREJUDICE**.


                 **s/ Jerome B. Simandle**
                 JEROME B. SIMANDLE
                 Chief U.S. District Judge